

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00804-CV

**LONE STAR BAKERY, INC.** and Lone Star Bakery of San Antonio, Inc.,
Appellants

v.

Tomas **DE LA GARZA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13819
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is REVERSED and this cause is REMANDED to the trial court with instructions to sign an order compelling arbitration between the parties and staying all other proceedings pending the outcome of arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.021 (West 2011).

Costs of this appeal are taxed against Appellee Tomas De La Garza.

SIGNED August 27, 2014.

_____
Patricia O. Alvarez, Justice